Shanny J. Lee, Calif. Bar No. 213599
BINDER AND BINDER
4000 W. Metropolitan Dr.
Orange, CA 92868-3504
Phone (714) 564-8640
Fax   (714) 564-8641
Email:  mrlee1066@yahoo.com

Attorney for plaintiff Lewis H. Armstrong, III

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LEWIS H. ARMSTRONG, III            ) No. 06-2799 FFM
                                   )
            PLAINTIFF,             ) [PROPOSED] ORDER AWARDING
                                   ) EAJA FEES
        v.                         )
                                   )
MICHAEL J. ASTRUE,                 )
COMMISSIONER OF SOCIAL             )
SECURITY,                          )
                                   )
            DEFENDANT.             )

        Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

and for cause shown,

        IT IS ORDERED that plaintiff's attorney, as plaintiff's assignee, is awarded

attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount

of FOUR THOUSAND FIVE HUNDRED DOLLARS and 00/100's ($4,500.00),

as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of

the Stipulation.

DATED: October 6, 2009

                        / S / FREDERICK F. MUMM
                        _____
                        HONORABLE FREDERICK F. MUMM
                        UNITED STATES MAGISTRATE JUDGE
                        Proposed Order for EAJA fees

- 1